No. 550. KOVEN *v.* UNITED STATES;

No. 551. DONEGAN *v.* SAME; and

No. 553. DILLIARD *v.* SAME. February 6, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Nathan L. Miller, Edward J. Bennett,* and *Nathan Probst, Jr.* for petitioner in No. 550. *Edmund J. Donegan, pro se. Messrs. John J. Burns, Samuel Becker,* and *Herbert Wechsler* for petitioner in No. 553. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Bernard Tompkins,* and *William J. Connor* for the United States. Reported below: 101 F. 2d 829.

No. 555. SHILLINGLAW *v.* COMMISSIONER OF INTERNAL REVENUE. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. A. Luce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Charles A. Horsky,* and *Louise Foster* for respondent.

No. 556. RYAN *v.* UNITED STATES. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Price Wickersham* and *Clyde Taylor* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 563. ERVIN, TEMPORARY RECEIVER, *v.* QUINTANILLA ET AL. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederick H. Wood* and *Palmer Pillans* for petitioner. *Mr. Max M. Schaumburger* for respondents.